EXHIBIT O



# Police Graduation Ceremony

Division of Police, Columbus, Ohio

☆ ☆ ☆ ☆ ☆

The
One Hundred and Thirty Fourth
Recruit Class

☆ ☆ ☆ ☆ ☆

Andrew J. Ginther, Mayor
Ned Pettus Jr, Director of Public Safety
Michael Woods, Chief of Police

☆ ☆ ☆ ☆ ☆

February 12, 2021 ~ 10:00 A.M.

☆ ☆ ☆ ☆ ☆

Columbus Police Training Academy
Columbus, Ohio

# Graduation Program

*Call to Order* ............................................................. **Mark Lang**
Training Bureau Commander

*Pledge of Allegiance* ................................................. **Mark Lang**

*Remarks* ................................................... **Shannon G. Hardin**
City Council President

*Oath of Office* ........................................................... **Mark Lang**

*Remarks* .............................................................. **Michael Woods**
Chief of Police

*Remarks* ..................................................... **Officer Cody Banks**
Class Orator

*Presentation of Awards* ........................................ **Chief Woods**

Presentation of
*Certificates of Graduation* .................................... **Chief Woods**

*Class Flag Presentation* ......................................... **Class Officers**

# Class Officers

| | |
|---|---|
| President | Kelci Rodriguez |
| Vice President | Shawn Smith-Davis |
| Secretary | Morgan Milliken |
| Treasurer | Michael Beidleman |
| Orator | Cody Jones |

## 134th Class Roster

| | |
|---|---|
| Megan E. Andres | Matthew S. Jarvi *(Delaware Co. SO)* |
| Shane B.W. Bass | Cody A. Jones |
| Michael O.O. Beidleman | Austin J. Kinzel |
| Jordan M. Bernsdorf | Dayne T. Linhart |
| Roscoe M. Blackburn, Jr. | Davis A. Messbarger |
| Alfred F. Blevins | Morgan K. Milliken *(Gahanna PD)* |
| Michael A. Boehm | Dwyain J. Montgomery |
| Benjamin M. Brown | Devin J. Moore |
| Trey F. Brown *(Newark PD)* | Lucas M. Moore |
| Alek J. Buck | Samual M. Nance |
| Austin M. Butler | Adam V. Nguyen |
| Michael O. Carter | Kaylah M. Peele *(Grove City PD)* |
| Hunter K. Carty *(London PD)* | Adam D. Robinson |
| Benjamin E. Chambers | Kelci L. Rodriguez |
| Brandon J. Crump | Michael T. Rubens |
| Joshua E. Davis *(Bexley PD)* | Mario Ruiz |
| David E. Dutson | Matthew L. Schorr |
| Seth M. Eckel | Shawn D. Smith-Davis |
| Dakota D. Freeman | Jeremy T. Spoonemore |
| Jacqueline N. Gaunt *(Delaware Co. SO)* | Kaprina T. Steward |
| Nathan G. Hanna | Luke H. Stickle |
| William F. Harris IV | Zachary N. Strawser |
| Zachary J. Hossler | Joseph C. Vencill |



# EXHIBIT P

**From:** Jonathan Jones < &gt;
**Sent:** Sunday, November 1, 2020 9:44 AM
**To:** DPS ADCentralRecords < &gt;
**Subject:** [EXTERNAL]Request for LEADS denials breakdown by race/gender

Attached is request for information on LEADS denials based on gender and race. If possible, it is respectfully requested for a two week turn around on this information.--

Jonathan Allen Jones

📎 **Request for racial breakdown of LEADS.pdf**
27K

# Gmail

# PRR-20-003102

**ADCentralRecords@dps.ohio.gov** <ADCentralRecords@dps.ohio.gov>  Wed, Dec 2, 2020 at 10:27 AM
To: "j.appleseed.34@gmail.com" <j.appleseed.34@gmail.com>

**\*\*Due to the direct order of Governor DeWine, regarding the COVID-19 pandemic, we have minimum staffing and are currently teleworking. Please expect a lengthier delay with responsive records. Thank you for your patience during this unprecedented situation.**

Tammie Wallace

Customer Service Assistant

Ohio State Highway Patrol

Central Records

P.O. Box 182074

Columbus, Ohio 43218-2074

(614) 466-1336 -Office

(614) 644-9749 -Fax

Mr. Jones – The Ohio Department of Public Safety does not collect race and gender information from applicants requesting access to the Law Enforcement Automated Database System. Please contact me with any additional questions or concerns.

Alex S. Armitage

Ohio Department of Public Safety

**From:** Jonathan Jones < >
**Sent:** Sunday, November 1, 2020 9:44 AM
**To:** DPS ADCentralRecords < >
**Subject:** [EXTERNAL]Request for LEADS denials breakdown by race/gender

Attached is request for information on LEADS denials based on gender and race. If possible, it is respectfully requested for a two week turn around on this information.--

Jonathan Allen Jones

If you believe this to be a malicious and/or phishing email, please send this email as an attachment to

**Jonathan Jones** <j.appleseed.34@gmail.com>  Fri, Dec 4, 2020 at 12:04 PM
To: "asarmitage@dps.ohio.gov" <asarmitage@dps.ohio.gov>

Is there any information that you may offer to the reason why this isn't collected? Or any information on why access is denied for a Black applicant who had an arrest with no conviction and expunged and not treated the same as Caucasian officers arrest with no conviction?